

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

RECEIVED
JAN 11 2008
CHAMBERS OF
THEODORE H. KATZ
U.S. MAGISTRATE JUDGE

*86 Chambers Street*
*New York, New York 10007*

January 10, 2008

By Hand

Honorable Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED   1/14/08

Re:  Robert C. Lunnon, Jr. v. Astrue
     07 Civ. 7719 (RJH) (THK)

Dear Judge Katz:

        This Office represents the Commissioner of Social
Security, defendant in the above-captioned action.  Due to the
press of work, I will not be able to prepare the government's
motion in this case by January 11, 2008.  Therefore, with the
consent of plaintiff pro se, I respectfully request an extension
of thirty days, until February 11, 2008 (February 10, 2008, falls
on a Sunday), to answer and move with respect to the complaint.

        This is defendant's second request for an extension of
time to respond to the complaint, as the answer was originally
due on November 13, 2007.

        Thank you for your consideration of this request.

*The response to the Complaint shall be filed by February 11, 2008. Any Reply shall be filed by February 29, 2008.*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By:  *Leslie A. Ramirez-Fisher*
     LESLIE A. RAMIREZ-FISHER
     Assistant U.S. Attorney
     Telephone:  (212) 637-0378
     Fax:  (212) 637-2750

cc: Robert C. Lunnon, Jr., Plaintiff Pro Se (By Mail)

**SO ORDERED**

1/14/08   *Theodore H. Katz*
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

COPIES MAILED
TO COUNSEL OF RECORD ON  1/14/08