

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

February 8, 2008

By Hand

Honorable Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

      Re:   Robert C. Lunnon, Jr. v. Astrue
            07 Civ. 7719 (RJH) (THK)

Dear Judge Katz:

      This Office represents the Commissioner of Social Security, defendant in the above-captioned action. Due to the press of work, I will not be able to prepare the government's motion in this case by February 11, 2008. Therefore, I respectfully request, with the consent of plaintiff pro se, an extension of two weeks, until February 25, 2008, to answer and move with respect to the complaint.

      Two prior extensions have been granted to defendant, as the answer was originally due on November 13, 2007. Thank you for your consideration of this request.

                                Respectfully,

                                MICHAEL J. GARCIA
                                United States Attorney

             By:  */s/ Leslie A. Ramirez-Fisher*
                                LESLIE A. RAMIREZ-FISHER
                                Assistant U.S. Attorney
                                Telephone: (212) 637-0378
                                Fax: (212) 637-2750

cc:  Robert C. Lunnon
     Plaintiff Pro Se (By Mail)

*[Handwritten annotation:] The response to the complaint shall be filed by February 25, 2008. Any reply shall be filed by March 17, 2008. So ordered. 2/11/08  Theo. H. Katz  USMJ*